**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CB4 |
| | ) | Violation Number A2327883 NE-2 |
| vs. | ) | |
| | ) | |
| MARLIN ROTH, | ) | O R D E R |
| | ) | |
| Defendant. | ) | |

On the motion of the United States Attorney's Office (Filing No. 2), the above-referenced matter is hereby continued until September 25, 2012 at 9:00 a.m. in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska before Magistrate Judge Thalken.

ORDERED this 21st day of May, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge