IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2304617 NE14 |
| | ) | |
| Plaintiff, | ) | 8:12CB4 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SHAWNTAIA M. SALLIS, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS ORDERED:**

Defendant is granted an extension of time until August 28, 2012, in which to pay the collateral amount due of $125.00. The full collateral amount is payable in full by that date or the defendant must appear for hearing before the undersigned magistrate judge on August 28, 2012 at 9:00 a.m. in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The clerk will mail a copy of this order to Shawntaia Sallis at her address of 5635 Kansas Avenue, Omaha, Nebraska 68104.

DATED this 12th day of July, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge