# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CB04 |
| | ) | Violation Number A2327883 NE-2 |
| vs. | ) | |
| | ) | ORDER |
| MARLIN ROTH, | ) | |
| | ) | |
| Defendant. | ) | |

This matter come before the Court on the unopposed motion to continue filed by the United States Attorney's Office (Filing No. 46):

The Court finds the defendant consented to the continuance. The Court further finds that continuing the trial of this matter until after completion of the related civil case at 8:12CV142 is reasonable and that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS THEREFORE ORDERED**: Trial in the above-captioned matter is continued to March 26, 2013.

Dated this 24th day of September, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge